IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMES EDWARD GRANT,

                MEMORANDUM

        Plaintiff,

                09-cv-291-slc[1]

    v.

DANE COUNTY JAIL,
DEPARTMENT OF CORRECTIONS,
DODGE CORRECTIONAL INSTITUTION,
KELLY LINZENDORF, HOLLEY DORNFELD,
J. FUHLBOHM, T. HELLER,
Sgt. RAY LAATSCH, Sgt. J. MEADOR,
Administrator TIFFANY GRUBER,
DEPUTY KNULL, TODD RIEGARD,
L. BUELOW, DEPUTY ROCKWEILER,
DEPUTY BURCH, DEPUTY MAMMOS,
DEPUTY KELSEY, Atty. JOSEPH E. MIMIER,
and EMPLOYEES OF DANE COUNTY JAIL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        In a May 20, 2009 order, I denied plaintiff James Grant's request for leave to proceed in forma pauperis in this case because he has struck out under 28 U.S.C. § 1915(g) and his complaint did not allege facts from which an inference could be drawn that he was in imminent danger of serious physical injury at the time he filed the complaint.  I gave

---

[1] For the purpose of issuing this order, I am assuming jurisdiction over this case.

plaintiff until June 10, 2009 to pay the full $350 filing fee in order to continue with the case. Plaintiff did not pay the filing fee, and the clerk of court closed the file on June 17, 2009.

Since that time, plaintiff has filed two submissions, consisting of newer allegations and documents detailing incidents involving plaintiff that took place in the Sauk County jail. Plaintiff is apparently unaware that this case is closed, and that payment of the $350 filing fee is a prerequisite to the case being reopened. Plaintiff should be aware that his repeated attempts to file new allegations in a closed case without paying the filing fee waste judicial resources. In an effort to avoid further waste of these resources, until plaintiff pays the $350 filing fee, any materials he submits in this case that appear to supplement his complaint will be placed in a miscellaneous file and given no consideration.

Entered this 6th day of July, 2009.

BY THE COURT:

*Barbara B. Crabb*

_____
BARBARA B. CRABB
District Judge